**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STREAM TECHNO LLC,

*Petitioner*,

-against-

ASSURE GLOBAL LLC
d/b/a WESHIELD USA,

*Respondent*.

**26 Civ.___( )**

**Oral Argument Requested**

**NOTICE OF PETITION TO**
**RECOGNIZE AND ENFORCE FOREIGN ARBITRATION AWARD**

PLEASE TAKE NOTICE that upon the Petition to Recognize and Enforce Foreign Arbitration Award, dated April 17, 2026; the Declaration of Damián Vallejo, dated April 17, 2026 and its exhibits; and the accompanying memorandum of law, Petitioner Stream Techno LLC (the "**Petitioner**") will move this court on the 6th day of July 2026, or as soon thereafter as counsel can be heard, for an order, GRANTING Petitioner's Petition to Recognize and Enforce Foreign Arbitration Award.

Dated: New York, New York
April 17, 2026

Damián Vallejo
Michael Cooper
DUNNING VALLEJO
& MACDONALD LLP
1350 Broadway, Suite 2220
New York, New York 10018
(646) 680-9236
dvallejo@dvlaw.com
mcooper@dvmlaw.com

*Attorneys for Petitioner Stream Techno LLC*